PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRITTON GARNER FLEMONS, and LANCE WOODYARD,<br><br>Defendants. | CASE NO. 2:17-CR-0023 DAD<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND ORDER |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Indictment against defendants Britton Garner Flemons and Lance Renard Woodyard in this case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The government brings this motion in the interests of justice because both defendants were suffering from significant medical conditions at the time of their arrests and they were not subsequently arraigned after being permitted to recover from their conditions. Accordingly, the United States respectfully moves to dismiss the Indictment against defendant Britton Flemmons and Lance Renard Woodyard in the interests of justice pursuant to Rule 48(a).

PHILLIP A. TALBERT
United States Attorney

Dated: March 30, 2023         /s/Jason Hitt
                              JASON HITT
                              Assistant United States Attorney

1

**O R D E R**

For the reasons set forth in the motion to dismiss the Indictment filed by the United States, IT IS HEREBY ORDERED that the Indictment in Case No. 2:17-CR-00-23 DAD against defendants Britton Garner Flemons and Lance Renard Woodyard is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

IT IS SO ORDERED.

Dated: **March 30, 2023**

_____
UNITED STATES DISTRICT JUDGE